IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DIAMOND HANDS CAPITAL, INC.**

v.  NO. 24-cv-4911

**STRONG BUSINESS, SA,**
**SBC COMPANY, LLC**

JUDGMENT

BEFORE BRODY, J.

AND NOW, to wit, this 2nd day of October, 2024, in accordance with confessions of judgment and averment of default, filed this day, judgment by confession is hereby entered in favor of plaintiff and against the defendants, Strong Business, SA and SBC Company, LLC in the sum of $372,608.00.

BY THE COURT:

ATTEST:

 s/Ann Murphy
Deputy Clerk

CLERK'S OFFICE
TRUE COPY CERTIFIED FROM THE RECORD

Aug/20/2025

By: s/ *Steve Tomas*

Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania